# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 8, 2007**

Charles R. Fulbruge III
Clerk

No. 06-51317
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

LIDIA ROJAS ALVAREZ

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:04-CR-23-3

Before DENNIS, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Lidia Rojas Alvarez raises arguments that are foreclosed by United States v. Hunt, 129 F.3d 739, 744-46 (5th Cir. 1997). In Hunt, we exercised our authority under 18 U.S.C. § 2106 and directed the entry of a judgment of conviction on a lesser included offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.